UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH, *et al.*,,

    Plaintiffs,

v.

RAUL MARRERO, JR.,

    Defendant.

Case No. 8:24-cv-02736

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Laura Himes-Rueth, Plaintiff;

- Diane Valentin, Plaintiff;

- Tracey Roberts, Plaintiff;

- Slater Legal PLLC, Attorneys for Plaintiff;

- - o   James M. Slater, Attorney for Plaintiff;

- Raul Marrero, Jr., Defendant;

- Thurow Law, Attorneys for Defendant;

  - o   Todd Thurow, Attorney for Defendant

- Florida Department of Corrections, Interested Party;

- Florida Division of Risk Management, Interested Party.

2.   Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3.   Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4.   Each person arguably eligible for restitution:

**RESPONSE:** Plaintiffs seek damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: November 22, 2024

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiffs*

3