UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH, *ET AL*.,

   *Plaintiffs*,

v.   NO. 8:24-CV-2736-VMC-LSG

RAUL MARRERO, JR.,

   *Defendant.*

___

## NOTICE OF RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." Accordingly, undersigned counsel certifies that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*L.H.R. et al. v. Florida Department of Corrections*, Case No. 2024-CA-10771 (Fla. 2d Jud. Cir. Ct.)

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: December 3, 2024

                                       */s/ James M. Slater*\*
                                       James M. Slater (FBN 111779)
                                       Slater Legal PLLC
                                       2296 Henderson Mill Rd. NE #116
                                       Atlanta, Georgia 30345
                                       Tel. (305) 523-9023
                                       james@slater.legal

                                       *\*Lead Counsel for Plaintiffs*