IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

    Plaintiff,
v.                            CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR.,

    Defendant(s).
_____/

**<u>NOTICE OF APPEARANCE,
NOTICE OF LEAD COUNSEL DESIGNATION AND
DESIGNATION OF EMAIL ADDRESSES
FOR DEFENDANT RAUL MARRERO, JR.</u>**

    Thomas R. Thompson of the law firm of Thompson, Crawford, Brown & Smiley, P.A. hereby notifies this court and the parties of his LEAD appearance on behalf of the Defendant, RAUL MARRERO, JR., and ask that all correspondence, pleadings, etc. directed to this Defendant be mailed to the undersigned at the stated address.

    Pursuant to the Florida Rules of Civil Procedure 2.516, hereby designates undersigned counsel's primary electronic mail address and secondary electronic mail address for this proceeding as follows:

Primary E-Mail Address:   Thomas R. Thompson, Esq.
tom@tcslawfirm.net

Secondary E-Mail Address:   Rebecca R. Martin, Paralegal
rebecca@tcslawfirm.net

DATED this 20th day of December, 2024.

THOMPSON, CRAWFORD,
BROWN & SMILEY, P.A.

*/s/ Thomas R. Thompson*

_____
THOMAS R. THOMPSON, ESQUIRE
FLORIDA BAR NO. 890596
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
Fax: (850) 386-8507
tom@tcslawfirm.net
rebecca@tcslawfirm.net
ATTORNEY FOR
DEFEDANT MARRERO

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been furnished by electronic communication through CMECF on this 20th day of December, 2024.

/s/ Thomas R. Thompson
Thomas R. Thompson, Esq.