IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

     Plaintiff,

v.                 CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR.,

     Defendant(s).

_____/

## NOTICE OF ADDITIONAL APPEARANCE AND
## DESIGNATION OF EMAIL ADDRESSES
## FOR DEFENDANT RAUL MARRERO, JR.

Mallory B. Brown, Esq. of the law firm of Thompson, Crawford, Brown & Smiley, P.A. hereby notifies this court and the parties of her appearance on behalf of the Defendant, RAUL MARRERO, JR., and requests that pleadings, etc. directed to this Defendant be mailed to the undersigned at the stated address.

Pursuant to the Federal Rules, hereby designates undersigned counsel's primary electronic mail address and secondary electronic mail address for this proceeding as follows:

   Primary E-Mail Address:     Mallory B. Brown, Esq.
                              mallory@tcslawfirm.net
   Secondary E-Mail Address:   Rebecca R. Martin, Paralegal
                              rebecca@tcslawfirm.net
                              Victoria Bramblett, Paralegal
                              victoria@tcslawfirm.net

DATED this 20th day of December, 2024.

THOMPSON, CRAWFORD,
BROWN & SMILEY, P.A.

/s/ Mallory B. Brown
_____
MALLORY B. BROWN, ESQUIRE
FLORIDA BAR NO. 124039
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
Fax: (850) 386-8507
mallory@tcslawfirm.net
rebecca@tcslawfirm.net
victoria@tcslawfirm.net
ATTORNEY FOR
DEFENDANT MARRERO

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been furnished by electronic communication through CMECF on this 20th day of December, 2024.

/s/ Mallory B. Brown
Mallory B. Brown, Esq.