IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

    Plaintiff,
v.                       CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR.,

    Defendant(s).
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

The persons and entities known to Defendant, RAUL MARRERO, JR. to be interested in the outcome of this case are:

1. LAURA HIMES-RUETH (Plaintiff)

2. James M. Slater (Counsel for Plaintiff)

3. Slater Legal PLLC (Counsel for Plaintiff)

4. DIANE VALENTIN (Plaintiff)

5. James M. Slater (Counsel for Plaintiff)

6. Slater Legal PLLC (Counsel for Plaintiff)

7. TRACEY ROBERTS (Plaintiff)

8. James M. Slater (Counsel for Plaintiff)

9. Slater Legal PLLC (Counsel for Plaintiff)

10. RAUL MARRERO, JR. (Defendant)

11. Thomas Robert Thompson (Counsel for Defendant)

12. Mallory Bennett Brown (Counsel for Defendant)

13. Thompson, Crawford, Brown & Smiley, P.A. (Counsel for Defendant)

14. Florida Department of Corrections (Interested Party)

15. State of Florida Division of Risk Management (Interested Party)

16. United States District Judge Covington

Defendant is unaware of any entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

Respectfully submitted,

THOMPSON, CRAWFORD,
BROWN & SMILEY, P.A.

/s/ Thomas R. Thompson
_____
THOMAS R. THOMPSON, ESQUIRE
Florida Bar No. 890596
tom@tcslawfirm.net
MALLORY B. BROWN, ESQUIRE
Florida Bar No. 124039
mallory@tcslawfirm.net
victoria@tcslawfirm.net
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing has been sent by Electronic Filing through CMECF to James M. Slater, Esq., at james@slater.legal.com, this 15th day of January, 2025.

/s/ Thomas R. Thompson
_____
Thomas R. Thompson, Esq.