UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LAURA HIMES-RUETH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAUL MARRERO, JR., <br><br> Defendant. | Case No. 8:24-cv-2736-VMC-LSG |

## PLAINTIFFS' NOTICE OF MEDIATION

Pursuant to the Court's Order (Doc. 22), Plaintiffs provide notice that mediation with Gregory Holder has been scheduled in this case for **Friday, May 23, 2025 at 1:30 p.m. eastern time** to be conducted in person at 1511 N. West Shore Blvd., Suite 700, Tampa, Florida 33607.

Dated: February 11, 2025

        Respectfully submitted,

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        2296 Henderson Mill Rd NE #116
        Atlanta, GA 30345
        Tel.  (305) 523-9023
        james@slater.legal

        *Attorneys for Plaintiffs*