IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

    Plaintiff,
v.                              CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR.,

    Defendant(s).
_____/

## AMENDED NOTICE OF MEDIATION

Pursuant to the Court's Order (Doc. 22), Defendants provide notice that mediation with Gregory Holder has been scheduled in this case for **August 8, 2025 at 1:30 p.m. eastern time** to be conducted in person at 1511 N. West Shore Blvd., Suite 700, Tampa, Florida 33607.

DATED this 16th day of May 2025.

[intentionally left blank]

        THOMPSON, CRAWFORD, BROWN & SMILEY

        /s/ Thomas R. Thompson

        _____

        THOMAS R. THOMPSON, ESQUIRE
        Florida Bar No. 890596
        tom@tcslawfirm.net
        kaelin@tcslawfirm.net
        MALLORY B. BROWN, ESQUIRE
        Florida Bar No. 124039
        mallory@tcslawfirm.net
        victoria@tcslawfirm.net
        1330 Thomasville Road
        Tallahassee, FL 32303
        (850) 386-5777
        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I HEREBY certify that a true and correct copy of the foregoing has been sent by Electronic Filing through CMECF to James M. Slater, Esq., at james@slater.legal.com, this 16th day of May, 2025.

        /s/ Thomas R. Thompson

        _____

        Thomas R. Thompson, Esq.