IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

    Plaintiff,

vs.                                     CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR

    Defendant(s).
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned counsel submits this Motion to Withdraw as Counsel for Defendant Raul Marrero, Jr. In accordance with Local Rule 2.02(c)(l), United States District Court, Middle District of Florida, the undersigned states:

1. Defendant was provided with 14 days' notice of the undersigned's intent to withdraw due to irreconcilable differences but he has not provided a signed consent for same.

2. It is requested that all future pleadings, correspondence, and notifications from the Court and all parties be sent to the attention of Mr. RAUL MARRERO, JR., Inmate #:HCSO24JBN002255, at Hernando County

Detention Center, 16425 Spring Hill Drive, Brooksville, Florida 34604.

DATED this 13th day of June, 2025.

>THOMPSON, CRAWFORD, BROWN & SMILEY
>
> /s/Thomas R. Thompson
> _____
> THOMAS R. THOMPSON, ESQUIRE
> Florida Bar No. 890596
> tom@tcslawfirm.net
> kaelin@tcslawfirm.net
> MALLORY B. BROWN, ESQ.
> Florida Bar No. 124039
> mallory@tcslawfirm.net
> 1330 Thomasville Road
> Tallahassee, FL 32303
> (850) 386-5777
> Fax: (850) 386-8507
> ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid to Mr. RAUL MARRERO, JR., Inmate #:HCSO24JBN002255,Hernando County Detention Center, 16425 Spring Hill Drive, Brooksville, Florida 34604 and by Electronic Filling with the Clerk of Court using CM/ECF system, which will send notification to all Counsel of record on this 13th day of June, 2025.

> /s/Thomas R. Thompson
> _____
> Thomas R. Thompson, Esq.