IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

    Plaintiff,

vs.                              CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR

    Defendant(s).
_____/

## AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned counsel submits this Amended Motion to Withdraw as Counsel for Defendant Raul Marrero, Jr. In accordance with Local Rule 2.02(c)(l), United States District Court, Middle District of Florida, the undersigned states:

1.    Defendant was provided with 14 days' notice of the undersigned's intent to withdraw due to irreconcilable differences.

2.    Counsel was appointed by the State of Florida, Department of Risk Management to represent Defendant Marrero in the above styled case. Risk Management submitted notice to counsel instructing the undersigned to immediately withdraw from the lawsuit, as they are not authorized to provide Defendant Marrero

with a defense in accordance with 42 U.S.C. §1983 and 1988.

3. Counsel met with Defendant Marrero on June 27, 2025, and Defendant Marrero signed the consent, see Exhibit A. Defendant intends at this time to proceed pro se and the undersigned's withdrawal will not result in a continuance of a trial or other proceeding.

4. Under Rule 4-1.16(b) of the Rules Regulating the Florida Bar, withdrawal of an attorney is permitted if it can be accomplished without material adverse effects on the interests of the client or if good cause for withdrawal exists. Irreconcilable differences "mean[s] that the lawyer can no longer ethically and fairly represent the client." Alonso v. Alonso, 2022 U.S. Dist. LEXIS 157593, at *2-3 (S.D. Fla. January 7, 2022). As Risk Management has instructed counsel to withdraw as they are not extending defense coverage to Defendant, the undersigned must withdraw. This is proper grounds to withdraw for good cause. Further, there will be no adverse effects on Defendant Marrero by the undersigned's withdrawal.

5. Pursuant to Local Rule 3.01(g), I have conferred with Plaintiff's counsel and he stated that he takes no position on the undersigned's Motion to Withdraw.

6. It is requested that all future pleadings, correspondence, and notifications from the Court and all parties be sent to the attention of Mr. RAUL

MARRERO, JR., Inmate No. HCSO24JBN002255, at Hernando County Detention Center, 16425 Spring Hill Drive, Brooksville, Florida 34604.

WHEREFORE, the undersigned requests this Court grant the Motion to Withdraw expeditiously.

DATED this 30th day of June, 2025.

                                        THOMPSON, CRAWFORD, BROWN & SMILEY

                                        /s/Mallory B. Brown
                                        _____
                                        THOMAS R. THOMPSON, ESQUIRE
                                        Florida Bar No. 890596
                                        tom@tcslawfirm.net
                                        kaelin@tcslawfirm.net
                                        MALLORY B. BROWN, ESQ.
                                        Florida Bar No. 124039
                                        mallory@tcslawfirm.net
                                        1330 Thomasville Road
                                        Tallahassee, FL 32303
                                        (850) 386-5777
                                        Fax: (850) 386-8507
                                        ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid to RAUL MARRERO, JR., Inmate No. HCSO24JBN002255, Hernando County Detention Center, 16425 Spring Hill Drive, Brooksville, Florida 34604 and by Electronic Filling with the Clerk of Court using CM/ECF system, which will send notification to all Counsel of record on this 30th day of June, 2025.

/s/Mallory B. Brown
_____
Mallory B. Brown, Esq.