IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH,
DIANE VALENTIN, and
TRACEY ROBERTS,

      Plaintiff,

vs.                                        CASE NO.: 8:24-cv-2736-VMC-LSG

RAUL MARRERO, JR

      Defendant(s).
_____/

## NOTICE OF CONSENT TO COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, RAUL MARRERO, JR.

THOMAS R. THOMPSON, Esq. and MALLORY B. BROWN, Esq., along with THOMPSON, CRAWFORD, BROWN & SMILEY, P.A. hereby moves for leave to withdraw as attorney of record for, DEFENDANT RAUL MARRERO, JR., as an irresolvable conflict has arisen between the parties and the undersigned law firm. Raul Marrero, Jr., agrees to Counsel's withdrawal of representation for him. The Defendant understands his respective duties and responsibilities and does hereby consent to this withdrawal.

Date: 6/27/2025

_/s/ Raul Marrero Jr._
RAUL MARRERO, JR. (Inmate #: HCSO24JBN002255)
Hernando County Detention Center
16425 Spring Hill Drive
Brooksville, Florida 34604