UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA HIMES-RUETH, *et al.*,

    Plaintiffs,

v.

RAUL MARRERO, JR.,

    Defendant.

Case No. 8:24-cv-02736

## **PLAINTIFFS' NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a), Plaintiffs Laura Himes-Rueth, Diane Valentin, and Tracey Roberts, through their counsel, respectfully notify the Court that they have reached a settlement in this case with Defendant Raul Marrero, whereby the parties will stipulate to a dismissal of the action with prejudice with each side to bear their own fees and costs.

The parties are in the process of drafting their settlement papers and respectfully request that the Court administratively close the case and ask that the Court permit 60 days for the parties to complete those matters, at which time the parties would file a joint stipulation of dismissal.

Dated: July 10, 2025

<u>/s/ James M. Slater</u>
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiffs*
