UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LAURA HIMES-RUETH, *et al.*,,<br><br>    Plaintiffs,<br><br>v.<br><br>RAUL MARRERO, JR.,<br><br>    Defendant. | Case No. 8:24-cv-02736 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), all parties to this action hereby jointly stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its own attorney's fees and costs.

Dated: July 25, 2025

| | |
|---|---|
| */s/ James M. Slater*<br>James M. Slater (FBN 111779)<br>SLATER LEGAL PLLC<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>Tel. (404) 458-7283<br>james@slater.legal<br><br>*Attorneys for Plaintiffs* | */s/ Thomas R. Thompson\**<br>Thomas R. Thompson (FBN 890596)<br>THOMPSON, CRAWFORD,<br>BROWN & SMILEY, P.A.<br>1330 Thomasville Road<br>Tallahassee, FL 32303<br>Tel. (850) 386-5777<br>tom@tcslawfirm.net<br><br>*Attorneys for Defendant* |

\*Signed by James Slater with express written permission.